UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANICE LYN GAGLIARDO,

                Plaintiff,

  -against-                                       20 **CIVIL** 5453 (SN)

                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Gagliardo's motion is DENIED, and the Commissioner's motion is GRANTED. The action is DISMISSED with prejudice.

**Dated:** New York, New York

       March 31, 2022

                                                          RUBY J. KRAJICK
                                                            Clerk of Court
                                BY:

                                                             **Deputy Clerk**